UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN FIORETTI,

    Plaintiff,

-vs-                                          Case No. 6:10-cv-72-Orl-18KRS

NEW SOUTH INDUSTRIES, INC., NANCY FLEISCHER,

    Defendants.

___

REPORT AND RECOMMENDATION

TO THE UNITED STATES DISTRICT COURT

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT (Doc. No. 11)** |
| **FILED:** | April 13, 2010 |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

I.     PROCEDURAL HISTORY.

On January 18, 2010, Plaintiffs John Fioretti and James Butts ("Plaintiffs") filed an amended complaint against Defendants New South Industries, Inc. ("New South"), and Nancy Fleischer. Doc. No. 4. Plaintiffs alleged that Defendants failed to pay overtime compensation due under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.* Doc. No. 4. They also sought liquidated damages, attorneys' fees, and costs. *Id.*