UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOHN FIORETTI
JAMES BUTTS,

                Plaintiffs,

-vs-                                                    Case No. 6:10-cv-72-Orl-18KRS

NEW SOUTH INDUSTRIES, INC.,
NANCY FLEISCHER,

                Defendants.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Renewed Motion for Entry of Default Final Judgment (Doc. No. 33). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The Court finds that Defendants are jointly and severally liable to pay the total sum of $6,789.18 to Plaintiff John Fioretti; the Court finds that Defendants are jointly and severally liable to pay the total sum of $54,400.00 to Plaintiff James Butts; the Court finds that Defendants are jointly and severally liable to pay $997.40 to counsel for Plaintiffs; the Court **PROHIBITS** counsel for Plaintiffs from collecting an attorney's fee or other costs from Plaintiffs and **REQUIRES** counsel for Plaintiffs to provide a copy of the Court's order to Plaintiffs.

The Court directs the Clerk of the Court to issue a judgment consistent with its Order and **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this ___7___ day of February, 2012.

G. KENDALL SHARP
Senior United States District Judge

Copies to:

Counsel of Record